# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO.: 3:25-592 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| WILLIAM JASON TAYLOR, | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

**YOU WILL PLEASE TAKE NOTICE** that the undersigned hereby states that he has been retained as counsel of record by and for the Defendant, William Jason Taylor. The undersigned hereby makes a general appearance on behalf of William Jason Taylor.

                                    Respectfully submitted,

                                    /s/ J. Zachary Farr_____
                                    J. Zachary Farr, #12392
                                    Victoria Law Firm, LLC
                                    1725 John B. White, Sr. BLVD Unit B
                                    Spartanburg, SC 29301
                                    T: (864)707-2551 F: (864) 707-2552
                                    jzachfarr@gmail.com

April 23, 2025
Spartanburg, South Carolina