# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

### COLUMBIA DIVISION

UNITED STATES OF AMERICA

vs.    CASE NO. 3:25-592

WILLIAM JASON TAYLOR

## PLEA

The Defendant, WILLIAM JASON TAYLOR, acknowledges receipt of a copy of the indictment and after arraignment pleads not guilty in open court.

_____
(Signed)    Defendant

Columbia, South Carolina

April 30, 2025